**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-25-00067-CV

―――――――――――――

## IN RE REAL ESTATE LLC AND MICHELL "SHELLY" SCANLIN, Relators

―――――――――――――

### Original Proceeding on Petition for Writ of Mandamus

―――――――――――――

### MEMORANDUM OPINION

Relators, Real Estate LLC and Michelle Scanlin, filed a mandamus petition challenging an August 9, 2024 order awarding attorney's fees and requiring satisfaction of the award prior to entry of final judgment.[1] Because the challenged

---

[1] The underlying case is *Styled Real Estate, LLC and Michelle "Shelly" Scanlin v. Savannah Lacey Manhold, Sarah Cruse, and Lauren Price LaRoche, and Chance Brown Real Estate, LLC*, cause number 2021-03329, pending in the 215th District Court of Harris County, Texas, the Honorable Nathan Milliron presiding.

order was issued by the former trial court judge, this original proceeding was abated to allow the successor trial court judge to reconsider the order. *See* TEX. R. APP. P. 7.2(b). On April 13, 2025, the successor trial court judge granted reconsideration and vacated the August 9, 2024 order "in its entirety, subject to further order of this Court." On May 6, 2025, Relators filed a written notice advising our Court of the successor trial court judge's order and requesting that our Court "render any order or judgment that it determines is required or proper under the circumstances, both in this cause and in the related appeal, docketed as cause number 01-24-00661-CV."

Accordingly, we reinstate this original proceeding on the Court's active docket and dismiss the petition for writ of mandamus as moot. *See In re Kapur*, No. 01-24-00918-CV, 2025 WL 626187, at *1 (Tex. App.—Houston [1st Dist.] Feb. 27, 2025, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot where successor trial court judge vacated challenged order). We further dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.